# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2010

141531

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

AARON ALEXANDER ST. CLAIR,
     Defendant-Appellant.

SC: 141531
COA: 298214
Kent CC: 09-002511-FH

_____/

     On order of the Court, the application for leave to appeal the July 6, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk